IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| GRACIELA ITHIER COMAS, et. al.<br><br>    Plaintiffs<br><br>         v.<br><br>HON. ANIBAL ACEVEDO VILA, et. al.<br><br>    Defendants | CIVIL NO.   06-1428 (JAG/GAG) |

### REPORT AND RECOMMENDATION

Plaintiffs' remaining ground for preliminary injunctive relief (Procedural Due Process) is **MOOT**, given that the Government shutdown has ended.

This Report and Recommendation is issued pursuant to 28 U.S.C. § 636 and Local Rule 72(d).

**SO RECOMMENDED**.

Date:   May 15, 2006

*S/ Gustavo A. Gelpi*
GUSTAVO A. GELPI
United States Magistrate-Judge